UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG, ACTION NO. C-10-1101 |
| | § | |
| KENNETH ELEAZAR WILLIAMS | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  The following requires detention of the defendant pending trial in this case:

(1)     There is a serious risk that the defendant will not appear; and

(2)     There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant is substantial.  Williams admitted he was to be paid to transport marihuana.  The findings and conclusions contained in the Pretrial Services Report are adopted.  The defendant has previous arrests and one conviction for felony possession of marihuana.  While on probation in 2009, his probation was revoked for failure to comply with conditions.  The defendant has not produced a solvent co-surety or a third-party custodian.  The defendant is a poor bond risk.  This order of detention is entered without prejudice to the defendant's right to reopen if he can produce a third party custodian, a cash deposit, and a solvent co-surety.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.   On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 28th day of October, 2010.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE